UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY DAWKINS,

               Plaintiff,

          -against-

NYPD; NEW YORK-PRESBYTERIAN
HOSPITAL; BROOKLYN METHODIST
HOSPITAL; GRACIE SQUARE HOSPITAL;
BRENDA HORTON,

              Defendants.

25-CV-6341 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se* and *in forma pauperis*. By order dated April 28, 2026, the Court dismissed the complaint, but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 14.) The Clerk's Office mailed the order to Plaintiff at her address of record, but it was returned as undeliverable. By order dated May 27, 2026, the Court directed Plaintiff to show cause why the action should not be dismissed for failure to update her address. (ECF 15.)

In three responses, Plaintiff requests an extension of time to file an amended complaint, asserts that her address has not changed, and challenges the basis for the order to show cause. (ECF 16-18.) These submissions list an email address.

The Court grants Plaintiff's request for an extension of time to file an amended complaint. The Court directs Plaintiff to file her amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within the time prescribed, the Court will direct the Clerk of Court to enter judgment. No further extensions of time will be granted.

Plaintiff may receive court documents by email by completing a Consent to Electronic Service form.[1]

SO ORDERED.

Dated:    July 1, 2026
          New York, New York

_Louis L. Stanton_
Louis L. Stanton
U.S.D.J.

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.