UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY DAWKINS,

Plaintiff,

-against-

NYPD; NEW YORK-PRESBYTERIAN HOSPITAL; BROOKLYN METHODIST HOSPITAL; GRACIE SQUARE HOSPITAL; BRENDA HORTON,

Defendants.

25-CV-6341 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se* and *in forma pauperis*. By order dated April 27, 2026, the Court dismissed the complaint and granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 14.) The Clerk's Office mailed the order to Plaintiff at her address of record, but it was returned as undeliverable. By order dated May 27, 2026, the Court directed Plaintiff to show cause why the action should not be dismissed for failure to update her address. (ECF 15.) Plaintiff submitted responses asserting that her address has not changed and challenging the basis for the order to show cause; these submissions list an email address. (ECF 16-18.) By order dated July 2, 2026, the Court granted Plaintiff a 30-day extension of time to file an amended complaint.[1] (ECF 19.) On July 31, 2026, Plaintiff submitted a "renewed motion to revise interlocutory orders, direct service of the April 27, 2026 order, and extend the time to file an amended complaint." (ECF 20.)

[1] In that order, the Court noted that Plaintiff listed an email address and could consent to electronic service of court documents (ECF 19 at 2), but she has not provided that consent.

The Court grants Plaintiff's motion as follows. The Court grants Plaintiff an extension of time to file an amended complaint that complies with the April 27, 2026 order.

Plaintiff must file her amended complaint within 45 days of the date of this order. If Plaintiff does not file an amended complaint within the time prescribed, the Court will direct the Clerk of Court to enter judgment. No further extensions of time will be granted.

The Court directs the Clerk of Court to mail to Plaintiff a copy of the April 27, 2026 order. (ECF 14.)

SO ORDERED.

Dated: August 11, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.